## Commonwealth *v.* Dzvonick, Appellant.

 Argued April 12, 1971. *Arnold M. Friedman,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed; reargument refused August 31, 1971.